**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF VERMONT

Case number *(if known)* _____   Chapter   **7**

☐ Check if this an amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    **4/16**

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* **is available.**

| | | |
|---|---|---|
| **1.** | **Debtor's name** | **Maple Leaf Farm Associates, Inc.** |
| **2.** | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | **FDBA  Maple Leaf Counseling** <br> **FDBA  Maple Leaf Farm** <br> **FDBA  Maple Leaf Treatment Center** |
| **3.** | **Debtor's federal Employer Identification Number (EIN)** | **03-0195027** |

| | | | |
|---|---|---|---|
| **4.** | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **10 Maple Leaf Rd** <br> **Underhill, VT 05489** <br> Number, Street, City, State & ZIP Code | **10 Maple Leaf Rd** <br> **Underhill, VT 05489** <br> P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Chittenden** <br> County | **Location of principal assets, if different from principal place of business** |
| | | | **10 Maple Leaf Rd Underhil, VT 05489** <br> Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| **5.** | **Debtor's website (URL)** | |

| | | |
|---|---|---|
| **6.** | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br><br> ☐ Partnership (excluding LLP) <br><br> ☐ Other. Specify: _____ |

Debtor   **Maple Leaf Farm Associates, Inc.**                                          Case number (*if known*) _____
         Name

**7.  Describe debtor's business**     A. *Check one:*

�■ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☐ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
   See http://www.uscourts.gov/four-digit-national-association-naics-codes.
   __624100__

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**     *Check one:*

�■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply*:

   ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

�■ No.

☐ Yes.

If more than 2 cases, attach a separate list.

| District _____ | When _____ | Case number _____ |
| District _____ | When _____ | Case number _____ |

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

�■ No

☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor _____ | | Relationship _____ |
| District _____ | When _____ | Case number, if known _____ |

Debtor   **Maple Leaf Farm Associates, Inc.**                                      Case number (*if known*) _____
     Name

| | |
|---|---|
| **11. Why is the case filed in** *this district?* | *Check all that apply:* |

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☐ No

■ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

■ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard?   **Business provided overnight care facilities, kitchen area may of perishables; and property will required snow removal and heat verification as weather requires**

☐ It needs to be physically secured or protected from the weather.

■ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

■ Other   **Heat and security.**

**Where is the property?**   **Colchester and Underhill locations**

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

■ Yes.   Insurance agency   **Checking with Merchants Bank**

Contact name   _____

Phone   _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**   .   *Check one:*

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ■ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor  **Maple Leaf Farm Associates, Inc.**
Name

Case number (*if known*)

---

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

| | |
|---|---|
| **17. Declaration and signature of authorized representative of debtor** | The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition. |

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **February 21, 2017**
MM / DD / YYYY

X **/s/ Jeffrey M. Messina**                                      **Jeffrey M. Messina**
Signature of authorized representative of debtor          Printed name

Title    **President**

---

**18. Signature of attorney**

X **/s/ Raymond J. Obuchowski**                    Date **February 21, 2017**
Signature of attorney for debtor                                MM / DD / YYYY

**Raymond J. Obuchowski**
Printed name

**Obuchowski Law Office**
Firm name

**PO Box 60**
**Bethel, VT 05032-0060**
Number, Street, City, State & ZIP Code

Contact phone    **(802) 234-6244**          Email address    **ray@oeblaw.com**

**955**
Bar number and State

## MINUTES OF SPECIAL MEETING OF THE BOARD OF DIRECTORS OF MAPLE FARM ASSOCIATES, INC

Minutes of a Special Meeting of the Board of held at Colchester Vermont on the 14th day of February, 2017, at 6 P.M. in the evening of that day.

The President called the meeting to order, and called the roll of the Directors. The following Directors answered present:

Jeffrey Messina
Jessica Bridge
Keith G. Turman
Michael Couture

The President was then elected to chair the meeting, and further requested Michael Couture to take the minutes of the meeting, as Secretary.

The President then stated that this meeting was called at the request of the Directors to consider the following business:

Whether the Corporation should file a petition for relief under Chapter 7 of the Bankruptcy Code.

The President then read the notice of a special meeting and stated that the Directors, then present, had waived notice thereof, in accordance with the By-Laws.

On motion duly made and carried, the notice was ordered spread upon the minutes. Thereupon and thereafter the current status of the shut down and steps necessary to wind up business were discussed.  Further, the Board took up and discussed proceeding under Chapter 7 of the Bankruptcy Code for purposes of liquidation.

Thereafter, on motion duly made and carried, it was:

RESOLVED, that the Corporation proceed with the filing of a petition for relief under Chapter 7 of the Bankruptcy Code and the President is empowered to execute the petition for relief, and the officers of the Corporation are further empowered to execute, make and deliver any and all documents necessary to effectuate these purposes; and it further is,

RESOLVED, that the Corporation retain the Obuchowski Law Office of Bethel, VT as its attorney to effectuate these purposes.

There being no further business, the meeting adjourned at 7:33 P.M.

DATED: Tuesday, February 14, 2017

Michael Couture,
Secretary
Board of Directors

Jeffrey Messina,
President
Board of Directors

**Fill in this information to identify the case:**

Debtor name **Maple Leaf Farm Associates, Inc.**

United States Bankruptcy Court for the: DISTRICT OF VERMONT

Case number (if known)

☐ Check if this is an
amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■ *Schedule H: Codebtors* (Official Form 206H)

■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule*

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __**February 21, 2017**__          X **/s/ Jeffrey M. Messina**
                                              Signature of individual signing on behalf of debtor

                                              **Jeffrey M. Messina**
                                              Printed name

                                              **President**
                                              Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name    **Maple Leaf Farm Associates, Inc.**

United States Bankruptcy Court for the:    DISTRICT OF VERMONT

Case number (if known)    _____

☐ Check if this is an
amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

---

| Part 1: | Summary of Assets |
|---|---|

1.   *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*...................................................................................................... $    **1,919,900.00**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*.................................................................................................. $    **509,027.20**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*..................................................................................................... $    **2,428,927.20**

---

| Part 2: | Summary of Liabilities |
|---|---|

2.   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*..................................    $    **927,394.67**

3.   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*.........................................................................    $    **81,512.43**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................................    +$    **128,489.89**

4.   Total liabilities ....................................................................................................................
    Lines 2 + 3a + 3b                                                                                                                        $    **1,137,396.99**

**Fill in this information to identify the case:**

Debtor name **Maple Leaf Farm Associates, Inc.**

United States Bankruptcy Court for the:   DISTRICT OF VERMONT

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property         12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:     Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes Fill in the information below.

   All cash or cash equivalents owned or controlled by the debtor

   Current value of
   debtor's interest

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value of debtor's interest |
|---|---|---|---|---|
| 3.1. | The Merchants Bank | Checking - Operating | 0776 | $65,777.20 |
| 3.2. | The Merchants Bank - (Per 10/31/16 balance sheet) | MMA | 0768 | unknown |
| 3.3. | The Merchants Bank ( per 10/31/16 balance sheet ) | ICS Operating Sweep | 5908 | unknown |
| 3.4. | The Merchants Bank ( per 10/31/16 balance sheet ) | Capital Money Market | 2332 | unknown |
| 3.5. | The Merchants Bank ( per 10/31/16 balance sheet ) | ICS Capital Sweep | 6691 | unknown |
| 3.6. | The Union Bank | NOW account - Flex Spending Account | 6691 | $17,100.00 |

4. **Other cash equivalents** *(Identify all)*

Software Copyright (c) 1996-2017 CIN Group - www.cincompass.com

Debtor   **Maple Leaf Farm Associates, Inc.**
Name                                                                      Case number *(If known)*

4.1.   **Pitney Bowes Postage Meter**                                                                    **$150.00**

5.   **Total of Part 1.**                                                                     **$83,027.20**
     Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| Part 2: | Deposits and Prepayments |
|---|---|

**6. Does the debtor have any deposits or prepayments?**

☑ No.  Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
☑ Yes Fill in the information below.

11.   **Accounts receivable**

| 11a. 90 days old or less: | 332,000.00 | - | 0.00 | = .... | $332,000.00 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

12.   **Total of Part 3.**                                                                     **$332,000.00**
      Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

☑ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
☑ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19.   **Raw materials** | | | | |
| 20.   **Work in progress** | | | | |
| 21.   **Finished goods, including goods held for resale** | | | | |
| 22.   **Other inventory or supplies** **Office supplies and related business inventory** **Located at Colchester and Underhill** | | $3,000.00 | | $3,000.00 |

Debtor    **Maple Leaf Farm Associates, Inc.**                    Case number *(If known)* _____
_____
Name

| 23. | **Total of Part 5.** | | $3,000.00 |
|---|---|---|---|

Add lines 19 through 22. Copy the total to line 84.

24. **Is any of the property listed in Part 5 perishable?**
☐ No
■ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
■ No
☐ Yes. Book value _____  Valuation method _____  Current Value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture**<br>**Office furnture, desks, cars, and related office furnishings**<br>Located at Colchester and Underhill | $20,000.00 | | $20,000.00 |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software**<br>**Business electronics, computers, servers, printers**<br>Located at Colchester and Underhill | $15,000.00 | | $15,000.00 |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

| 43. | **Total of Part 7.** | | $35,000.00 |
|---|---|---|---|

Add lines 39 through 42. Copy the total to line 86.

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
☐ No
■ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

Software Copyright (c) 1996-2017 CIN Group - www.cincompass.com

Debtor   **Maple Leaf Farm Associates, Inc.**                        Case number *(If known)* _____
_____
Name

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.

■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47.** | **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | |
| 47.1.  **2014 Jeep Cherokee**<br>**Not clear whether security interest or lease** | **$14,000.00** | | **$14,000.00** |
| **48.** | **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | |
| **49.** | **Aircraft and accessories** | | |
| **50.** | **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | |
| **John Deere Tractor** | **$10,000.00** | | **$10,000.00** |
| **Cub Cadet Mower, related groundkeeping equipment**<br>**Located at Underhill** | **$10,000.00** | | **$10,000.00** |
| **2015**<br>**John Deere 6x4 Gator** | **$7,500.00** | | **$7,500.00** |
| **John Deere 950M Zero Turn Mower** | **$4,500.00** | | **$4,500.00** |

**51.     Total of Part 8.**                                                                          **$46,000.00**

Add lines 47 through 50.  Copy the total to line 87.

**52.     Is a depreciation schedule available for any of the property listed in Part 8?**
☐ No
■ Yes

**53.     Has any of the property listed in Part 8 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 9: | Real property |
|---|---|

**54. Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.

■ Yes Fill in the information below.

**55.     Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

Debtor    **Maple Leaf Farm Associates, Inc.**
Name                                                          Case number *(If known)*

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. **10-14 Maple Leaf Rd, Underhill, VT 05489** | Fee Simple | $1,919,900.00 | Grand List - Tax | $1,919,900.00 |
| 55.2. **Lease of Colchester, 10 year lease with Fanny Allen Holdings Inc.** | Lease | $0.00 | | unknown |

56. **Total of Part 9.**

    Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
    Copy the total to line 88.

    | $1,919,900.00 |
    |---|

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
    ☐ No
    ■ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

**Part 10:**    **Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

    ☐ No. Go to Part 11.
    ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. **Internet domain names and websites** | | | |
| 62. **Licenses, franchises, and royalties** | | | |
| 63. **Customer lists, mailing lists, or other compilations** | | | |
| 64. **Other intangibles, or intellectual property** | | | |
| 65. **Goodwill**<br>**Maple Leaf Farm, Maple Leaf Treatment names, and IP** | $10,000.00 | | $10,000.00 |

66. **Total of Part 10.**

    Add lines 60 through 65. Copy the total to line 89.

    | $10,000.00 |
    |---|

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
    ☐ No
    ■ Yes

Debtor     **Maple Leaf Farm Associates, Inc.**                                    Case number *(If known)* _____
                Name

68.     **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

    ■ No
    ☐ Yes

69.     **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

    ■ No
    ☐ Yes

| Part 11: | All other assets |
| --- | --- |

70.  **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ☐ No.  Go to Part 12.
    ■ Yes Fill in the information below.

|  | Current value of debtor's interest |
| --- | --- |
| 71.     **Notes receivable**<br>Description (include name of obligor) | |
| 72.     **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local) | |
| 73.     **Interests in insurance policies or annuities** | |
| 74.     **Causes of action against third parties (whether or not a lawsuit has been filed)** | |
| 75.     **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | |
| 76.     **Trusts, equitable or future interests in property** | |
| 77.     **Other property of any kind not already listed** *Examples:* Season tickets, country club membership<br>**Assets listed are to the best of the Board of Directors knowledge without complete access to the Company's financial and business records. Other Assets may exist including deposits, refunds, etc.** | **unknown** |

78.     **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.

| **$0.00** |
| --- |

79.     **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

    ■ No
    ☐ Yes

Software Copyright (c) 1996-2017 CIN Group - www.cincompass.com

Debtor   **Maple Leaf Farm Associates, Inc.**                          Case number *(If known)* _____
            Name

| Part 12: | Summary |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $83,027.20 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $332,000.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $3,000.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $35,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $46,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9*.................................................................> | | $1,919,900.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $10,000.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $509,027.20 | + 91b. $1,919,900.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $2,428,927.20 |

**Fill in this information to identify the case:**

Debtor name     **Maple Leaf Farm Associates, Inc.**

United States Bankruptcy Court for the:   DISTRICT OF VERMONT

Case number (if known)   _____

☐ Check if this is an
   amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | Do not deduct the value of collateral. | |

| 2.1 | **Ally** | | | |
|---|---|---|---|---|
| | Creditor's Name | Describe debtor's property that is subject to a lien | **$14,000.00** | **$14,000.00** |
| | | **2014 Jeep Cherokee** | | |
| | | **Not clear whether security interest or lease** | | |
| | **PO Box 380902** | | | |
| | **Bloomington, MN** | | | |
| | **55438-0902** | | | |
| | Creditor's mailing address | Describe the lien | | |
| | | | | |
| | | Is the creditor an insider or related party? | | |
| | | ☑ No | | |
| | Creditor's email address, if known | ☐ Yes | | |
| | | Is anyone else liable on this claim? | | |
| | **Date debt was incurred** | ☑ No | | |
| | | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Last 4 digits of account number** | | | |
| | **7736** | | | |
| | **Do multiple creditors have an interest in the same property?** | As of the petition filing date, the claim is: Check all that apply | | |
| | ☑ No | ☐ Contingent | | |
| | ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

| 2.2 | **John Deere Financial** | | | |
|---|---|---|---|---|
| | Creditor's Name | Describe debtor's property that is subject to a lien | **$14,000.00** | **$12,000.00** |
| | | **2015** | | |
| | | **John Deere 6x4 Gator** | | |
| | **PO Box 6600** | | | |
| | **Johnston, IA 50131-6600** | | | |
| | Creditor's mailing address | Describe the lien | | |
| | | | | |
| | | Is the creditor an insider or related party? | | |
| | | ☑ No | | |
| | Creditor's email address, if known | ☐ Yes | | |
| | | Is anyone else liable on this claim? | | |
| | **Date debt was incurred** | ☑ No | | |
| | **2015** | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Last 4 digits of account number** | | | |
| | **8957** | | | |
| | **Do multiple creditors have an interest in the same property?** | As of the petition filing date, the claim is: Check all that apply | | |

Software Copyright (c) 1996-2017 CIN Group - www.cincompass.com

Debtor    **Maple Leaf Farm Associates, Inc.**                                    Case number (if know) _____
                    Name

☑ No                                   ☐ Contingent
☐ Yes. Specify each creditor,          ☐ Unliquidated
   including this creditor and its      ☐ Disputed
   relative priority.

---

| 2.3 | **The Merchants Bank** | Describe debtor's property that is subject to a lien | $887,774.10 | $1,919,900.00 |

Creditor's Name

**10-14 Maple Leaf Rd, Underhill, VT 05489**

**275 Kennedy Dr Ste 100
South Burlington, VT
05403-6700**
Creditor's mailing address

Describe the lien
_____

Is the creditor an insider or related party?
☑ No
Creditor's email address, if known            ☐ Yes

Is anyone else liable on this claim?
**Date debt was incurred**                     ☑ No
                                               ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**        As of the petition filing date, the claim is:
☐ No                                    Check all that apply
☑ Yes. Specify each creditor,           ☐ Contingent
   including this creditor and its        ☐ Unliquidated
   relative priority.                      ☐ Disputed
**1. The Merchants Bank
2. Town of Underhill**

---

| 2.4 | **Town of Colchester** | Describe debtor's property that is subject to a lien | $11,608.27 | $0.00 |

Creditor's Name

**PO Box 55
Colchester, VT 05446-0055**
Creditor's mailing address

Describe the lien
_____

Is the creditor an insider or related party?
☑ No
Creditor's email address, if known            ☐ Yes

Is anyone else liable on this claim?
**Date debt was incurred**                     ☑ No
**2016-2017**                                  ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**Last 4 digits of account number**
**3315**

**Do multiple creditors have an
interest in the same property?**        As of the petition filing date, the claim is:
☑ No                                    Check all that apply
☐ Yes. Specify each creditor,           ☐ Contingent
   including this creditor and its        ☐ Unliquidated
   relative priority.                      ☐ Disputed

---

| 2.5 | **Town of Underhill** | Describe debtor's property that is subject to a lien | $12.30 | $1,919,900.00 |

Creditor's Name

**Taxes due**

**PO Box 120
Underhill, VT 05489-0120**
Creditor's mailing address

Describe the lien
_____

Is the creditor an insider or related party?

Software Copyright (c) 1996-2017 CIN Group - www.cincompass.com

Debtor   **Maple Leaf Farm Associates, Inc.**

Name

Case number (if know) _____

Creditor's email address, if known
_____

■ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**
**11/21/16**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**L020**

**Do multiple creditors have an interest in the same property?**

☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.

**1. The Merchants Bank**
**2. Town of Underhill**

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

| | |
|---|---|
| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $927,394.67 |

---

**Part 2:**   **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Elizabeth Glynn, Esq.**<br>**Ryan Smith and Carbine, Ltd.**<br>**98 Merchants Row**<br>**Rutland, VT 05701-5942** | Line **2.3** | |
| **John Deere Financial**<br>**PO Box 4450**<br>**Carol Stream, IL 60197-4450** | Line **2.2** | **8957** |

Software Copyright (c) 1996-2017 CIN Group - www.cincompass.com

**Fill in this information to identify the case:**

Debtor name  **Maple Leaf Farm Associates, Inc.**

United States Bankruptcy Court for the:  DISTRICT OF VERMONT

Case number (if known)  _____

☐ Check if this is an
   amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims  12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2
in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
|---|---|

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with
   priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | **Total claim** | **Priority amount** |
|---|---|---|---|

| 2.1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,065.40** | **$1,065.40** |
|---|---|---|---|---|

**Aldolph Wells**

**8 Krug Rd**
**Underhill, VT 05489-9426**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| 2.2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$4,387.42** | **$4,387.42** |
|---|---|---|---|---|

**Allison Mitchell**

**28 Countryside Dr**
**Essex Junction, VT 05452-4354**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

Debtor   **Maple Leaf Farm Associates, Inc.**
Name                                          Case number (if known)

| | | |
|---|---|---|
| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: |

| 2.3 | Priority creditor's name and mailing address<br><br>**Allison Thomson**<br><br>**57 E Country Club Dr # 27**<br>**Jericho, VT 05465-3195** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,616.94** | **$1,616.94** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.4 | Priority creditor's name and mailing address<br><br>**Anne Devos**<br><br>**499 White Rd**<br>**Glover, VT 05839-9600** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,793.57** | **$1,793.57** |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.5 | Priority creditor's name and mailing address<br><br>**Ashely Corbitt**<br><br>**2 Perkins Dr**<br>**Essex Junction, VT 05452-3858** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$502.92** | **$502.92** |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.6 | Priority creditor's name and mailing address<br><br>**Ashley Lafountaine**<br><br>**365 VT Route 15 Apt 4**<br>**Jericho, VT 05465-2053** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,369.28** | **$1,369.28** |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Debtor   **Maple Leaf Farm Associates, Inc.**
         Name                                           Case number (if known)

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $140.00 | $140.00 |
|---|---|---|---|---|

**Barbara Bertocci**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

3 Westman Rd
Cambridge, VT 05444-9750

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

- ■ No
- ☐ Yes

---

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,229.65 | $1,229.65 |
|---|---|---|---|---|

**Bridget Burleson**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

1179 Shenang Rd
Enosburg Falls, VT 05450-5970

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

- ■ No
- ☐ Yes

---

| 2.9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $7,211.69 | $7,211.69 |
|---|---|---|---|---|

**Catherine Iacuzzi**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

204 Urie Rd
Jeffersonville, VT 05464-9897

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

- ■ No
- ☐ Yes

---

| 2.10 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,539.13 | $1,539.13 |
|---|---|---|---|---|

**Cathy Burghardt**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

914 Dugway Rd
Richmond, VT 05477-9107

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

- ■ No
- ☐ Yes

---

Debtor **Maple Leaf Farm Associates, Inc.**
_____
Name

Case number (if known) _____

| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,084.85 | $1,084.85 |
|---|---|---|---|---|

**Caytlyn LeDuc**

**130 Browns River Rd
Fairfax, VT 05454-9559**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.12 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $764.12 | $764.12 |
|---|---|---|---|---|

**Cheri Coleman**

**43 Sweet Lndg
Cambridge, VT 05444-9915**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.13 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,026.87 | $1,026.87 |
|---|---|---|---|---|

**Christopher St. Cyr**

**PO Box 194
Underhill, VT 05489-0194**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.14 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $342.77 | $342.77 |
|---|---|---|---|---|

**Emily Colvin**

**130 Jeff Heights Rd Unit 201
Jeffersonville, VT 05464-9696**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Debtor   **Maple Leaf Farm Associates, Inc.**

Name

Case number (if known)

| 2.15 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $247.25 | $247.25 |
|---|---|---|---|---|

**Erin Durivage**

**501 Basswood Hill Rd**
**Bakersfield, VT 05441-9703**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.16 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $609.33 | $609.33 |
|---|---|---|---|---|

**Erin Hanlon**

**66 Hidden Pines Dr**
**Richmond, VT 05477-9009**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.17 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,503.56 | $2,503.56 |
|---|---|---|---|---|

**Evan Smith**

**PO Box 5193**
**Essex Junction, VT 05453-5193**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.18 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,702.91 | $1,702.91 |
|---|---|---|---|---|

**Hata Pasic**

**58 Red Oak Dr**
**Colchester, VT 05446-6979**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Debtor   **Maple Leaf Farm Associates, Inc.**
_____
Name

Case number (if known) _____

| 2.19 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $1,431.95 | $1,431.95 |
|------|------|------|------|------|

**2.19** Priority creditor's name and mailing address

**Hillary Moody**

**76 Route 100C**
**Johnson, VT 05656**

As of the petition filing date, the claim is: **$1,431.95**    **$1,431.95**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.20** Priority creditor's name and mailing address

**Jamie Pratt**

**346 Westman Rd**
**Cambridge, VT 05444-9751**

As of the petition filing date, the claim is: **$939.13**    **$939.13**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.21** Priority creditor's name and mailing address

**Jenn Lanphear**

**1437 S Main St**
**Montgomery Center, VT**
**05471-4406**

As of the petition filing date, the claim is: **$3,966.60**    **$3,966.60**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.22** Priority creditor's name and mailing address

**Jennifer Lyons-Horne**

**500 Route 2**
**South Hero, VT 05486-4219**

As of the petition filing date, the claim is: **$736.00**    **$736.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Debtor    **Maple Leaf Farm Associates, Inc.**
          Name

Case number (if known) _____

| 2.23 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,123.30 | $1,123.00 |
|---|---|---|---|---|

**Julia Emery**

**60 Winooski Falls Way**
**Winooski, VT 05404-2248**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Basis for the claim: _____

Last 4 digits of account number _____

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

| 2.24 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $442.83 | $442.83 |
|---|---|---|---|---|

**Justin McGinnis**

**277 Poker Hill Rd**
**Underhill, VT 05489-9612**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Basis for the claim: _____

Last 4 digits of account number _____

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

| 2.25 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,884.74 | $2,884.74 |
|---|---|---|---|---|

**Ken Johnson**

**116 Messenger St**
**Saint Albans, VT 05478-1549**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Basis for the claim: _____

Last 4 digits of account number _____

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

| 2.26 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,674.83 | $2,674.83 |
|---|---|---|---|---|

**Kristen Emery**

**19 Green St # 102**
**Milton, VT 05468-4540**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Basis for the claim: _____

Last 4 digits of account number _____

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Debtor   **Maple Leaf Farm Associates, Inc.**
_____
Name

Case number (if known) _____

| 2.27 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $2,662.26 | $2,662.26 |
|---|---|---|---|---|

**Margaret Terrien**

**123 Rivers Edge Dr**
**Burlington, VT 05408-1853**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.28 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $1,285.56 | $1,285.56 |
|---|---|---|---|---|

**Marianne Santimore**

**PO Box 454**
**Fairfax, VT 05454-0454**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.29 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $2,037.31 | $2,037.31 |
|---|---|---|---|---|

**Mary Collett**

**97 1/2 Intervale Ave**
**Burlington, VT 05401-4204**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.30 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $1,209.28 | $1,209.28 |
|---|---|---|---|---|

**Megan DeVinny**

**94 Woods Rd Apt Rove**
**Isle La Motte, VT 05463-6302**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| Debtor | **Maple Leaf Farm Associates, Inc.** | | Case number (if known) | |
| | Name | | | |

---

| 2.31 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,586.43 | $1,586.43 |
| | **Melinda Swenor** | *Check all that apply.* | | |
| | | ☐ Contingent | | |
| | **1133 South Rd Apt B** | ☐ Unliquidated | | |
| | **Williston, VT 05495-8709** | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No  ☐ Yes | | |

| 2.32 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,085.31 | $3,085.31 |
| | **Michelle Guay** | *Check all that apply.* | | |
| | | ☐ Contingent | | |
| | **17 Winter Ln** | ☐ Unliquidated | | |
| | **Milton, VT 05468-2901** | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No  ☐ Yes | | |

| 2.33 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,016.01 | $3,016.01 |
| | **Michelle Robert** | *Check all that apply.* | | |
| | | ☐ Contingent | | |
| | **5496 E Sheldon Rd** | ☐ Unliquidated | | |
| | **Enosburg Falls, VT 05450-9700** | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No  ☐ Yes | | |

| 2.34 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $270.15 | $270.15 |
| | **Patrick Sick** | *Check all that apply.* | | |
| | | ☐ Contingent | | |
| | **163 River St** | ☐ Unliquidated | | |
| | **Montpelier, VT 05602-3810** | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No  ☐ Yes | | |

Software Copyright (c) 1996-2017 CIN Group - www.cincompass.com

Debtor   **Maple Leaf Farm Associates, Inc.**
Name                                                                      Case number (if known)

| | | |
|---|---|---|
| 2.35 | Priority creditor's name and mailing address<br>**Paul Bertocci**<br><br>**3 Westman Rd**<br>**Cambridge, VT 05444-9750** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date or dates debt was incurred | Basis for the claim: |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes |

$2,749.50 $2,749.50

| | | |
|---|---|---|
| 2.36 | Priority creditor's name and mailing address<br>**Raelene Begin**<br><br>**PO Box 63**<br>**Beecher Falls, VT 05902-0063** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date or dates debt was incurred | Basis for the claim: |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes |

$280.28 $280.28

| | | |
|---|---|---|
| 2.37 | Priority creditor's name and mailing address<br>**Sarah-Ashley Simmons**<br><br>**905 S Prospect St**<br>**Burlington, VT 05401-6101** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date or dates debt was incurred | Basis for the claim: |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes |

$1,056.04 $1,056.04

| | | |
|---|---|---|
| 2.38 | Priority creditor's name and mailing address<br>**Shauna Moustakas**<br><br>**198 McGuire Pent Rd**<br>**Charlotte, VT 05445-9116** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date or dates debt was incurred | Basis for the claim: |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes |

$6,110.06 $6,110.06

Debtor   **Maple Leaf Farm Associates, Inc.**
_____
    Name

Case number (if known) _____

| 2.39 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,327.20 | $4,327.20 |
|------|-----------------------------------------------|-----------------------------------------------|-----------|-----------|

2.39 | Priority creditor's name and mailing address

**Sheridan Weir**

**87 Seymour St**
**Williston, VT 05495-7990**

Date or dates debt was incurred

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:     **$4,327.20**     **$4,327.20**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

---

2.40 | Priority creditor's name and mailing address

**Sprague Simonds**

**112 S Main St # 119**
**Stowe, VT 05672-5406**

Date or dates debt was incurred

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:     **$7,500.00**     **$7,500.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

---

2.41 | Priority creditor's name and mailing address

**Uku Meri**

**2696 Elm St**
**Montpelier, VT 05602-9495**

Date or dates debt was incurred

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:     **$1,000.00**     **$1,000.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

---

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|-------------|----------------------------------------------------------|

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims**. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

                                                                         **Amount of claim**

3.1 | **Nonpriority creditor's name and mailing address**

**Acorn Marketing**

**2920 Sugarberry Ln**
**Johns Island, SC 29455-6708**
**Date(s) debt was incurred**  __10/28/16__
**Last 4 digits of account number**  __8351__

As of the petition filing date, the claim is: *Check all that apply.*     **$300.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ■ No   ☐ Yes

---

3.2 | **Nonpriority creditor's name and mailing address**

**AlcoPro**

**PO Box 10954**
**Knoxville, TN 37939-0954**
**Date(s) debt was incurred**  __2016-2017__
**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*     **$291.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ■ No   ☐ Yes

---

Debtor **Maple Leaf Farm Associates, Inc.**
_____
Name

Case number (if known) _____

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $808.00 |

**Artisan Floorcovering**

**169 Hemlock Hl**
**Jeffersonville, VT 05464-9908**

Date(s) debt was incurred  **2016-2017**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $20.30 |

**Autosmith**

**15 N Main St**
**Jericho, VT 05465-4418**

Date(s) debt was incurred  **12/28/16**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,934.74 |

**Bergeron Paradis Fitzpatrick**

**34 Pearl St**
**Essex Junction, VT 05452-3605**

Date(s) debt was incurred  **2016-2017**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $454.55 |

**Black River Produce**

**449 River St**
**North Springfield, VT 05150-9756**

Date(s) debt was incurred  **2016-2017**

Last 4 digits of account number  **9589**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,470.00 |

**Bugbee Excavating and Plowing LLC**

**5 S Main St**
**Jericho, VT 05465-2553**

Date(s) debt was incurred  **2016-2017**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $40.93 |

**Burlington Free Press**

**100 Bank St Ste 700**
**Burlington, VT 05401-4946**

Date(s) debt was incurred  **2016-2017**

Last 4 digits of account number  **1887**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $556.25 |

**C and G Laundry**

**28 Forest Rd**
**Essex Junction, VT 05452-3819**

Date(s) debt was incurred  **2016-2017**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2017 CIN Group - www.cincompass.com

Debtor   **Maple Leaf Farm Associates, Inc.**

Name

Case number (if known) _____

| | | |
|---|---|---|
| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* |
| | **Casella Waste Systems, Inc.** | ☐ Contingent |
| | | ☐ Unliquidated |
| | **PO Box 1372** | ☐ Disputed |
| | **Williston, VT 05495-1372** | |
| | Date(s) debt was incurred **2016-2017** | Basis for the claim: ___ |
| | Last 4 digits of account number **1154** | Is the claim subject to offset? ■ No ☐ Yes |

**$428.59**

| | | |
|---|---|---|
| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* |
| | **Chevalier Drilling Co. Inc.** | ☐ Contingent |
| | | ☐ Unliquidated |
| | **PO Box 164** | ☐ Disputed |
| | **Highgate Springs, VT 05460-0164** | |
| | Date(s) debt was incurred **09/01/16** | Basis for the claim: ___ |
| | Last 4 digits of account number ___ | Is the claim subject to offset? ■ No ☐ Yes |

**$548.86**

| | | |
|---|---|---|
| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* |
| | **Cleantech Building Maintenance Inc.** | ☐ Contingent |
| | | ☐ Unliquidated |
| | **PO Box 834** | ☐ Disputed |
| | **Colchester, VT 05446-0834** | |
| | Date(s) debt was incurred **2016** | Basis for the claim: ___ |
| | Last 4 digits of account number ___ | Is the claim subject to offset? ■ No ☐ Yes |

**$3,580.00**

| | | |
|---|---|---|
| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* |
| | **Comstock Cleaning Service Inc.** | ☐ Contingent |
| | | ☐ Unliquidated |
| | **PO Box 581** | ☐ Disputed |
| | **Saint Albans, VT 05478-0581** | |
| | Date(s) debt was incurred **2016-2017** | Basis for the claim: ___ |
| | Last 4 digits of account number ___ | Is the claim subject to offset? ■ No ☐ Yes |

**$925.00**

| | | |
|---|---|---|
| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* |
| | **Cumming Electrical** | ☐ Contingent |
| | | ☐ Unliquidated |
| | **80 Ethan Allen Dr** | ☐ Disputed |
| | **South Burlington, VT 05403-5971** | |
| | Date(s) debt was incurred **2016-2017** | Basis for the claim: ___ |
| | Last 4 digits of account number ___ | Is the claim subject to offset? ■ No ☐ Yes |

**$586.74**

| | | |
|---|---|---|
| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* |
| | **Deb Richter, MD** | ☐ Contingent |
| | | ☐ Unliquidated |
| | **PO Box 1467** | ☐ Disputed |
| | **Montpelier, VT 05601-1467** | |
| | Date(s) debt was incurred **2016-2017** | Basis for the claim: ___ |
| | Last 4 digits of account number ___ | Is the claim subject to offset? ■ No ☐ Yes |

**$4,187.50**

| | | |
|---|---|---|
| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* |
| | **E&M Mechanical, Inc.** | ☐ Contingent |
| | | ☐ Unliquidated |
| | **41 Commerce Ave Ste 1** | ☐ Disputed |
| | **South Burlington, VT 05403-5833** | |
| | Date(s) debt was incurred **2016-2017** | Basis for the claim: ___ |
| | Last 4 digits of account number ___ | Is the claim subject to offset? ■ No ☐ Yes |

**$1,731.00**

Debtor  **Maple Leaf Farm Associates, Inc.**

Name

Case number *(if known)*

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$448.49** |
|---|---|---|---|

**ExxonMobil**

☐ Contingent
☐ Unliquidated
☐ Disputed

PO Box 6404
Sioux Falls, SD 57117-6404

Date(s) debt was incurred  **2016-2017**

Basis for the claim: __

Last 4 digits of account number  **4883**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,609.77** |
|---|---|---|---|

**Foley Distributing**

☐ Contingent
☐ Unliquidated
☐ Disputed

PO Box 99
Rutland, VT 05702-0099

Date(s) debt was incurred  **2016-2017**

Basis for the claim: __

Last 4 digits of account number  **8101**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$945.64** |
|---|---|---|---|

**Foley Services Inc.**

☐ Contingent
☐ Unliquidated
☐ Disputed

PO Box 99
Rutland, VT 05702-0099

Date(s) debt was incurred  **2016-2017**

Basis for the claim: __

Last 4 digits of account number  **7001**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,593.18** |
|---|---|---|---|

**Green Mountain Power**

☐ Contingent
☐ Unliquidated
☐ Disputed

163 Acorn Ln
Colchester, VT 05446-5815

Date(s) debt was incurred  **2016-2017**

Basis for the claim: __

Last 4 digits of account number  **0009**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,719.50** |
|---|---|---|---|

**Hartigan Company**

☐ Contingent
☐ Unliquidated
☐ Disputed

31 Welch Park Dr
Middlesex, VT 05602

Date(s) debt was incurred  **2016-2017**

Basis for the claim: __

Last 4 digits of account number  __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$19,898.16** |
|---|---|---|---|

**Healthdirect**

☐ Contingent
☐ Unliquidated
☐ Disputed

29 E Main St
Gouverneur, NY 13642-1401

Date(s) debt was incurred  **2016-2017**

Basis for the claim: __

Last 4 digits of account number  **0248**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$698.09** |
|---|---|---|---|

**Jerihill Ace Hardware**

☐ Contingent
☐ Unliquidated
☐ Disputed

PO Box 298
Jericho, VT 05465-0298

Date(s) debt was incurred  **10/3/16**

Basis for the claim: __

Last 4 digits of account number  **7063**

Is the claim subject to offset?  ■ No  ☐ Yes

---

Debtor  **Maple Leaf Farm Associates, Inc.**

Name

Case number *(if known)*

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,242.74 |
|---|---|---|---|

**Johnson Hardware & Rental**

1442 VT Route 15 W
Johnson, VT 05656-9647

Date(s) debt was incurred  **2016-2017**

Last 4 digits of account number  **2911**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $384.38 |
|---|---|---|---|

**Lowe's Credit Services**

PO Box 965054
Orlando, FL 32896-5054

Date(s) debt was incurred  **1-13-17**

Last 4 digits of account number  **6967**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $412.11 |
|---|---|---|---|

**McKesson Medical Surgical**

9954 Mayland Dr Ste 4000
Richmond, VA 23233-1484

Date(s) debt was incurred  **2016**

Last 4 digits of account number  **0751**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,550.00 |
|---|---|---|---|

**McSoley, McCoy & Co.**

118 Tilley Dr Ste 202
South Burlington, VT 05403-4450

Date(s) debt was incurred  **2016-2017**

Last 4 digits of account number  **9975**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10,115.07 |
|---|---|---|---|

**Mountain Air Systems Inc.**

430 Commerce St Ste 220
Williston, VT 05495-8126

Date(s) debt was incurred  **2016-2017**

Last 4 digits of account number  **P003**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $506.46 |
|---|---|---|---|

**Nextgen Heathcare**

18111 Von Karman Ave Ste 800
Irvine, CA 92612-7111

Date(s) debt was incurred  **2016-2017**

Last 4 digits of account number  **7535**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | unknown |
|---|---|---|---|

**Paychex of NY LLC**

1175 John St
West Henrietta, NY 14586-9102

Date(s) debt was incurred  _

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Maple Leaf Farm Associates, Inc.**
Name

Case number *(if known)*

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,800.00 |
|---|---|---|---|

**People Making Good PR**

30 Main St Ste 325B
Burlington, VT 05401-8438

Date(s) debt was incurred  2016-2017

Last 4 digits of account number  __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $340.00 |
|---|---|---|---|

**Peregrine Design**

49 Commerce Ave Unit A1
South Burlington, VT 05403-5852

Date(s) debt was incurred  2016-2017

Last 4 digits of account number  __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $150.00 |
|---|---|---|---|

**PestPro**

PO Box 609
South Hero, VT 05486-0609

Date(s) debt was incurred  2016-2017

Last 4 digits of account number  __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,101.25 |
|---|---|---|---|

**Philadelphia Insurance Company**

PO Box 70251
Philadelphia, PA 19176-0251

Date(s) debt was incurred  __

Last 4 digits of account number  1258

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $487.94 |
|---|---|---|---|

**Pittney Bowes
Purchase Power**
2225 American Dr
Neenah, WI 54956-1005

Date(s) debt was incurred  __

Last 4 digits of account number  7796

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $240.00 |
|---|---|---|---|

**Pro-Tech**

80 Ethan Allen Dr
South Burlington, VT 05403-5971

Date(s) debt was incurred  2016-2017

Last 4 digits of account number  1270

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,780.60 |
|---|---|---|---|

**Reinhart FoodService, Inc.**

PO Box 8654
Essex, VT 05451-8654

Date(s) debt was incurred  2016-2017

Last 4 digits of account number  1311

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor      **Maple Leaf Farm Associates, Inc.**

Name

Case number *(if known)*

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $300.00 |
|---|---|---|---|

**SecurShred**

472 Meadowland Dr
South Burlington, VT 05403-4468

Date(s) debt was incurred  **2016-2017**

Last 4 digits of account number  __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,586.03 |
|---|---|---|---|

**Sigmund Software**

83 Wooster Hts
Danbury, CT 06810-7548

Date(s) debt was incurred  **2016-2017**

Last 4 digits of account number  __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,967.00 |
|---|---|---|---|

**Slate Communication**

511 School St
Belmont, MA 02478-3703

Date(s) debt was incurred  **2016-2017**

Last 4 digits of account number  __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $13,192.04 |
|---|---|---|---|

**SymQuest**

30 Community Dr Ste 5
South Burlington, VT 05403-6834

Date(s) debt was incurred  **11/16 - 1/17**

Last 4 digits of account number  **0270**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,217.32 |
|---|---|---|---|

**Synch/Amazon PLCC**

PO Box 965055
Orlando, FL 32896-5055

Date(s) debt was incurred  **2016-2017**

Last 4 digits of account number  **5262**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $53.56 |
|---|---|---|---|

**The University of Vermont Medical Center**

111 Colchester Ave
Burlington, VT 05401-1473

Date(s) debt was incurred  **2016-2017**

Last 4 digits of account number  __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,275.00 |
|---|---|---|---|

**Thomas Somers, Esq.**

PO Box 959
Montpelier, VT 05601-0959

Date(s) debt was incurred  **2016-2017**

Last 4 digits of account number  __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Maple Leaf Farm Associates, Inc.**
_____
Name

Case number (if known) _____

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $800.16 |

**TwinState Technologies**

291 Rand Hill Rd
Morrisonville, NY 12962-3820

Date(s) debt was incurred **2016-2017**

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,494.56 |

**Unifirst**

30 Tigan St
Winooski, VT 05404-1326

Date(s) debt was incurred **2016-2017**

Last 4 digits of account number **2567**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,665.78 |

**Union Office**

226 Andover St
Wilmington, MA 01887-1022

Date(s) debt was incurred __

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $472.66 |

**Verizon**

PO Box 4003
Acworth, GA 30101-9004

Date(s) debt was incurred **11-22-16**

Last 4 digits of account number **9932**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,899.09 |

**Vermont Gas**

PO Box 467
Burlington, VT 05402-0467

Date(s) debt was incurred **1/4/17**

Last 4 digits of account number **2028**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,320.00 |

**VT SafetyNet Inc.**

130 Pheasant Woods Apt 200
Colchester, VT 05446-1895

Date(s) debt was incurred **2017**

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,359.85 |

**WB Mason**

59 Centre St
Brockton, MA 02301-4014

Date(s) debt was incurred **2016-2017**

Last 4 digits of account number **4342**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Maple Leaf Farm Associates, Inc. | Case number (if known) |
|---|---|---|
| | Name | |

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,000.00 |
|---|---|---|---|

**Zatz & Renfrew Consulting**

PO Box 1274
Montpelier, VT 05601-1274

Date(s) debt was incurred **2016-2017**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Burlington Free Press** PO Box 742621 Cincinnati, OH 45274-2621 | Line **3.8** ☐ Not listed. Explain ____ | **1887** |
| 4.2 | **Exxonmobil** PO Box 78001 Phoenix, AZ 85062-8001 | Line **3.17** ☐ Not listed. Explain ____ | **4883** |
| 4.3 | **Green Mountain Power** PO Box 1611 Brattleboro, VT 05302-1611 | Line **3.20** ☐ Not listed. Explain ____ | **0009** |
| 4.4 | **HealthDirect** PO Box 988 Buffalo, NY 14240-0988 | Line **3.22** ☐ Not listed. Explain ____ | **0248** |
| 4.5 | **McKesson Medical Surgical** PO Box 933027 Atlanta, GA 31193-3027 | Line **3.26** ☐ Not listed. Explain ____ | **0751** |
| 4.6 | **Purchase Power** PO Box 371874 Pittsburgh, PA 15250-7874 | Line **3.35** ☐ Not listed. Explain ____ | **7796** |
| 4.7 | **Quality Systems** Agt for Nextgen PO Box 809390 Chicago, IL 60680-9390 | Line **3.29** ☐ Not listed. Explain ____ | **7535** |
| 4.8 | **Sync/Amazon** PO Box 530958 Atlanta, GA 30353-0958 | Line **3.42** ☐ Not listed. Explain ____ | **5262** |
| 4.9 | **Verizon** PO Box 15062 Albany, NY 12212-5062 | Line **3.48** ☐ Not listed. Explain ____ | **9932** |
| 4.10 | **Vermont Gas Systems** PO Box 22082 Albany, NY 12201-2082 | Line **3.49** ☐ Not listed. Explain ____ | **2028** |

Debtor  **Maple Leaf Farm Associates, Inc.**                    Case number (if known) _____
      <u>Name</u>

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---------|----------------------------------------------------------------|

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. $ | 81,512.43 |
| **5b. Total claims from Part 2** | 5b.  +  $ | 128,489.89 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. $ | 210,002.32 |

**Fill in this information to identify the case:**

Debtor name **Maple Leaf Farm Associates, Inc.**

United States Bankruptcy Court for the: DISTRICT OF VERMONT

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206G
# Schedule G: Executory Contracts and Unexpired Leases

**12/15**

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**

    ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.

    ☒ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Lease of Colchester property ( Copy of lease was not available for terms)**<br><br><br><br>**Fanny Allen Holdings, Inc.;**<br>**790 College Pkwy**<br>**Colchester, VT 05446-3007** |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Payroll services**<br><br><br><br>**Paychex of New York LLC**<br>**1175 John St**<br>**West Henrietta, NY 14586-9102** |

Software Copyright (c) 1996-2017 CIN Group - www.cincompass.com

**Fill in this information to identify the case:**

Debtor name   **Maple Leaf Farm Associates, Inc.**

United States Bankruptcy Court for the:   DISTRICT OF VERMONT

Case number (if known)   _____

☐ Check if this is an
   amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| Name | Mailing Address | Name | Check all schedules that apply: |
| 2.1 _____ | Street _____ <br> City    State    Zip Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.2 _____ | Street _____ <br> City    State    Zip Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.3 _____ | Street _____ <br> City    State    Zip Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.4 _____ | Street _____ <br> City    State    Zip Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |

---

**Fill in this information to identify the case:**

Debtor name      **Maple Leaf Farm Associates, Inc.**

United States Bankruptcy Court for the:   DISTRICT OF VERMONT

Case number (if known)

☐ Check if this is an
amended filing

---

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy         04/16

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

### Part 1:   Income

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|
   | **For prior year:**<br>From **7/01/2016** to **Filing Date** | ■ Operating a business<br>☐ Other | $1,111,814.56 |
   | **For year before that:**<br>From **7/01/2015** to **6/30/2016** | ■ Operating a business<br>☐ Other | $4,079,549.00 |
   | **For the fiscal year:**<br>From **7/01/2014** to **6/30/2015** | ■ Operating a business<br>☐ Other | $3,619,504.00 |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|---|

### Part 2:   List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
   |---|---|---|---|

Debtor   **Maple Leaf Farm Associates, Inc.**

Case number *(if known)*

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|---|
| 3.1. | **Union Office**<br>**226 Andover St**<br>**Wilmington, MA 01887-1022** | **12/15/16** | **$8,189.92** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other___ |
| 3.2. | **Sigmund Software**<br>**83 Wooster Hts**<br>**Danbury, CT 06810-7548** | **December 2,**<br>**2016** | **$4,043.82** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.3. | **Unknown** | **Other**<br>**payments**<br>**may exist**<br>**when**<br>**complete**<br>**check**<br>**register is**<br>**accessible.** | **$0.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| | Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | **Unknown** | **There may**<br>**be payments**<br>**to former**<br>**management**<br>**(insiders)**<br>**including**<br>**salary but**<br>**cannot verify**<br>**until access**<br>**to check**<br>**registers.** | **$0.00** | |

5. **Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

Debtor    **Maple Leaf Farm Associates, Inc.**                                    Case number *(if known)*

---

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| | | | |

**Part 3:    Legal Actions or Assignments**

**7.    Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

■ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| | | | |

**8.    Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4:    Certain Gifts and Charitable Contributions**

**9.    List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| | | | |

**Part 5:    Certain Losses**

**10.    All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Dates of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | | |

**Part 6:    Certain Payments or Transfers**

**11.    Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

Debtor   **Maple Leaf Farm Associates, Inc.**

Case number *(if known)*

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Obuchowski Law Office PO Box 60 Bethel, VT 05032-0060 | $10,335, representing $10,000 for legal fees, $335 for filing fee. | February 15, 2016 | $10,335.00 |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:   Previous Locations**

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8:   Health Care Bankruptcies**

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If  debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:   Personally Identifiable Information**

**16. Does the debtor collect and retain personally identifiable information of customers?**

☐ No.
■ Yes. State the nature of the information collected and retained.

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

Debtor   **Maple Leaf Farm Associates, Inc.**                                    Case number *(if known)*

**Both employee records for PII, and medical records of patients.**

Does the debtor have a privacy policy about that information?

☐ No
■ Yes

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

**Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **Oppenheimer Funds PO Box 5270 Denver, CO 80217-5270** | **XXXX-** | ☐ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>■<br>Other **Investment Account** | **Closed and funds used for operations - 2016/2017 - Unsure of last balance due to unavailable financial records, as of 10/31/16 balance was $181,836** | **$0.00** |
| 18.2. | **Edward Jones 12555 Manchester Rd Des Peres, MO 63131-3710** | **XXXX-** | ☐ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>■<br>Other **Investment** | **Closed and funds used for operations - 2016/2017 - Unsure of last balance due to unavailable financial records, as of 10/31/16 balance was $11,094.60** | **$0.00** |

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|
| | | | |

---

**Part 11:**    **Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
   List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

   ■ None

---

**Part 12:**    **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

   *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

   *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

   *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

   ■ No.
   ☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | | | |

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

   ■ No.
   ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

   ■ No.
   ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

---

**Part 13:**    **Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
   List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

   ■ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. |
|---|---|---|
| | | |
| | | **Dates business existed** |

---

Debtor   **Maple Leaf Farm Associates, Inc.**                                    Case number *(if known)*

---

26. **Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1.   **McSoley, McCoy & Co.**<br>**118 Tilley Dr Ste 202**<br>**South Burlington, VT 05403-4450** | **Year to Year** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Jeffrey Messina, Esq.** | **34 Pearl St**<br>**Essex Junction, VT 05452-3605** | **Director and President** | **0** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Jessica Bridge** | **10 Maple Leaf Rd**<br>**Underhill, VT 05489** | **Director and Vice President** | **0** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Keith G. Turman** | **10 Maple Leaf Rd**<br>**Underhill, VT 05489** | **Director and Treasurer** | **0** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Michael Couture** | **10 Maple Leaf Rd.**<br>**Underhill, VT 05489** | **Director** | **0** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

Debtor    **Maple Leaf Farm Associates, Inc.**                                        Case number *(if known)*

☐ No
■ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|---------------------------------------------------|
| Catherine M. Iacuzzi | 10 Maple Leaf Rd<br>Underhill, VT 05489 | Executive Director | |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|---------------------------------------------------|
| Terry Girouard | 10 Maple Leaf Rd<br>Underhill, VT 05489 | President | |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|---------------------------------------------------|
| John Moran | 10 Maple Leaf Rd.<br>Underhill, VT 05489 | Vice President | |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|---------------------------------------------------|
| Therese Johansson | 10 Maple Leaf Rd<br>Underhill, VT 05489 | Chief Financial Officer | |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|---------------------------------------------------|
| William Clark | 10 Maple Leaf Rd<br>Underhill, VT 05489 | Director | |

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|--|-------------------------------|------------------------------------------------------|-------|--------------------------------|
| 30.1. | Unknown | | | |

Relationship to debtor
**Salary was paid to Executive Director, amounts and possible payments to others not known until full availability to financial records.**

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|--------------------------------|-----------------------------------------------------------|

Debtor   **Maple Leaf Farm Associates, Inc.**                                   Case number *(if known)*

---

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☐ No
■ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| **Maple Leaf Farm Associates, Inc. 401(k))  - Nationwide Financial** | **EIN:**   **03-0195027** |

**Part 14:**   Signature and Declaration

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **February 21, 2017**

**/s/ Jeffrey M. Messina**                                  **Jeffrey M. Messina**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor   **President**

**Are additional pages to** *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* **(Official Form 207) attached?**
■ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### District of Vermont

In re   **Maple Leaf Farm Associates, Inc.** _____   Case No. _____

                                                            Debtor(s)         Chapter   **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

        For legal services, I have agreed to accept ........................................   $   **10,000.00**

        Prior to the filing of this statement I have received ......................   $   **10,000.00**

        Balance Due .................................................................................   $   **0.00**

2.  The source of the compensation paid to me was:

    ■ Debtor    ☐ Other (specify):

3.  The source of compensation to be paid to me is:

    ■ Debtor    ☐ Other (specify):

4.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]
        **See retainer letter as to the terms and conditions of the engagement and for the terms of payment. Counsel has received the amount set forth in this statement, and under the retainer letter reserves the right to charge for additional services on an hourly basis as described within the retainer agreement.**

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **Adversary proceedings and contested matters are not included in the fee as set forth in the retainer letter. Tax advice is also specifically excluded.**

---

### CERTIFICATION

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**February 21, 2017** _____      **/s/ Raymond J. Obuchowski**
*Date*                                            **Raymond J. Obuchowski**
                                               *Signature of Attorney*
                                                 **Obuchowski Law Office**

                                               **PO Box 60**
                                             **Bethel, VT 05032-0060**
                                             **(802) 234-6244   Fax: (802) 234-6245**
                                           **ray@oeblaw.com**
                                             *Name of law firm*

Software Copyright (c) 1996-2017 CIN Group - www.cincompass.com

**United States Bankruptcy Court**
**District of Vermont**

**IN RE:**                                                          Case No. _____

**Maple Leaf Farm Associates, Inc.** _____  Chapter **7** _____
Debtor(s)

## VERIFICATION OF CREDITOR MATRIX

The above named debtor(s) hereby verify(ies) that the attached matrix listing creditors is true to the best of my(our) knowledge.


Date: **February 21, 2017** _____   Signature: */s/ Jeffrey M. Messina* _____
                                                          **Jeffrey M. Messina, President**                    Debtor


Date: _____   Signature: _____
                                                                                          Joint Debtor, if any

© 2017 CINgroup 1.866.218.1003 – CINcompass (www.cincompass.com)

Acorn Marketing
2920 Sugarberry Ln
Johns Island, SC  29455-6708


AlcoPro
PO Box 10954
Knoxville, TN  37939-0954


Aldolph Wells
8 Krug Rd
Underhill, VT  05489-9426


Allison Mitchell
28 Countryside Dr
Essex Junction, VT  05452-4354


Allison Thomson
57 E Country Club Dr # 27
Jericho, VT  05465-3195


Ally
PO Box 380902
Bloomington, MN  55438-0902


Anne Devos
499 White Rd
Glover, VT  05839-9600

Artisan Floorcovering
169 Hemlock Hl
Jeffersonville, VT   05464-9908


Ashely Corbitt
2 Perkins Dr
Essex Junction, VT   05452-3858


Ashley Lafountaine
365 VT Route 15 Apt 4
Jericho, VT   05465-2053


Autosmith
15 N Main St
Jericho, VT   05465-4418


Barbara Bertocci
3 Westman Rd
Cambridge, VT   05444-9750


Bergeron Paradis Fitzpatrick
34 Pearl St
Essex Junction, VT   05452-3605


Black River Produce
449 River St
North Springfield, VT   05150-9756

Bridget Burleson
1179 Shenang Rd
Enosburg Falls, VT  05450-5970


Bugbee Excavating and Plowing LLC
5 S Main St
Jericho, VT  05465-2553


Burlington Free Press
PO Box 742621
Cincinnati, OH  45274-2621


Burlington Free Press
100 Bank St Ste 700
Burlington, VT  05401-4946


C and G Laundry
28 Forest Rd
Essex Junction, VT  05452-3819


Casella Waste Systems, Inc.
PO Box 1372
Williston, VT  05495-1372


Catherine Iacuzzi
204 Urie Rd
Jeffersonville, VT  05464-9897

Cathy Burghardt
914 Dugway Rd
Richmond, VT  05477-9107


Caytlyn LeDuc
130 Browns River Rd
Fairfax, VT  05454-9559


Cheri Coleman
43 Sweet Lndg
Cambridge, VT  05444-9915


Chevalier Drilling Co. Inc.
PO Box 164
Highgate Springs, VT  05460-0164


Christopher St. Cyr
PO Box 194
Underhill, VT  05489-0194


Cleantech Building Maintenance Inc.
PO Box 834
Colchester, VT  05446-0834


Comstock Cleaning Service Inc.
PO Box 581
Saint Albans, VT  05478-0581

Cumming Electrical
80 Ethan Allen Dr
South Burlington, VT   05403-5971


Deb Richter, MD
PO Box 1467
Montpelier, VT   05601-1467


E&M Mechanical, Inc.
41 Commerce Ave Ste 1
South Burlington, VT   05403-5833


Elizabeth Glynn, Esq.
Ryan Smith and Carbine, Ltd.
98 Merchants Row
Rutland, VT   05701-5942


Emily Colvin
130 Jeff Heights Rd Unit 201
Jeffersonville, VT   05464-9696


Erin Durivage
501 Basswood Hill Rd
Bakersfield, VT   05441-9703


Erin Hanlon
66 Hidden Pines Dr
Richmond, VT   05477-9009

```
Evan Smith
PO Box 5193
Essex Junction, VT  05453-5193


ExxonMobil
PO Box 6404
Sioux Falls, SD  57117-6404


Exxonmobil
PO Box 78001
Phoenix, AZ  85062-8001


Fanny Allen Holdings, Inc.;
790 College Pkwy
Colchester, VT  05446-3007


Foley Distributing
PO Box 99
Rutland, VT  05702-0099


Foley Services Inc.
PO Box 99
Rutland, VT  05702-0099


Green Mountain Power
PO Box 1611
Brattleboro, VT  05302-1611
```

Green Mountain Power
163 Acorn Ln
Colchester, VT  05446-5815


Hartigan Company
31 Welch Park Dr
Middlesex, VT  05602


Hata Pasic
58 Red Oak Dr
Colchester, VT  05446-6979


Healthdirect
29 E Main St
Gouverneur, NY  13642-1401


HealthDirect
PO Box 988
Buffalo, NY  14240-0988


Hillary Moody
76 Route 100C
Johnson, VT  05656


Jamie Pratt
346 Westman Rd
Cambridge, VT  05444-9751

Jenn Lanphear
1437 S Main St
Montgomery Center, VT   05471-4406


Jennifer Lyons-Horne
500 Route 2
South Hero, VT   05486-4219


Jerihill Ace Hardware
PO Box 298
Jericho, VT   05465-0298


John Deere Financial
PO Box 6600
Johnston, IA   50131-6600


John Deere Financial
PO Box 4450
Carol Stream, IL   60197-4450


Johnson Hardware & Rental
1442 VT Route 15 W
Johnson, VT   05656-9647


Julia Emery
60 Winooski Falls Way
Winooski, VT   05404-2248

Justin McGinnis
277 Poker Hill Rd
Underhill, VT  05489-9612


Ken Johnson
116 Messenger St
Saint Albans, VT  05478-1549


Kristen Emery
19 Green St # 102
Milton, VT  05468-4540


Lowe's Credit Services
PO Box 965054
Orlando, FL  32896-5054


Margaret Terrien
123 Rivers Edge Dr
Burlington, VT  05408-1853


Marianne Santimore
PO Box 454
Fairfax, VT  05454-0454


Mary Collett
97 1/2 Intervale Ave
Burlington, VT  05401-4204

McKesson Medical Surgical
9954 Mayland Dr Ste 4000
Richmond, VA   23233-1484


McKesson Medical Surgical
PO Box 933027
Atlanta, GA   31193-3027


McSoley, McCoy & Co.
118 Tilley Dr Ste 202
South Burlington, VT   05403-4450


Megan DeVinny
94 Woods Rd Apt Rove
Isle La Motte, VT   05463-6302


Melinda Swenor
1133 South Rd Apt B
Williston, VT   05495-8709


Michelle Guay
17 Winter Ln
Milton, VT   05468-2901


Michelle Robert
5496 E Sheldon Rd
Enosburg Falls, VT   05450-9700

Mountain Air Systems Inc.
430 Commerce St Ste 220
Williston, VT  05495-8126


Nextgen Heathcare
18111 Von Karman Ave Ste 800
Irvine, CA  92612-7111


Patrick Sick
163 River St
Montpelier, VT  05602-3810


Paul Bertocci
3 Westman Rd
Cambridge, VT  05444-9750


Paychex of New York LLC
1175 John St
West Henrietta, NY  14586-9102


Paychex of NY LLC
1175 John St
West Henrietta, NY  14586-9102


People Making Good PR
30 Main St Ste 325B
Burlington, VT  05401-8438

Peregrine Design
49 Commerce Ave Unit A1
South Burlington, VT  05403-5852


PestPro
PO Box 609
South Hero, VT  05486-0609


Philadelphia Insurance Company
PO Box 70251
Philadelphia, PA  19176-0251


Pittney Bowes
Purchase Power
2225 American Dr
Neenah, WI  54956-1005


Pro-Tech
80 Ethan Allen Dr
South Burlington, VT  05403-5971


Purchase Power
PO Box 371874
Pittsburgh, PA  15250-7874


Quality Systems
Agt for Nextgen
PO Box 809390
Chicago, IL  60680-9390

Raelene Begin
PO Box 63
Beecher Falls, VT  05902-0063


Reinhart FoodService, Inc.
PO Box 8654
Essex, VT  05451-8654


Sarah-Ashley Simmons
905 S Prospect St
Burlington, VT  05401-6101


SecurShred
472 Meadowland Dr
South Burlington, VT  05403-4468


Shauna Moustakas
198 McGuire Pent Rd
Charlotte, VT  05445-9116


Sheridan Weir
87 Seymour St
Williston, VT  05495-7990


Sigmund Software
83 Wooster Hts
Danbury, CT  06810-7548

Slate Communication
511 School St
Belmont, MA   02478-3703


Sprague Simonds
112 S Main St # 119
Stowe, VT   05672-5406


SymQuest
30 Community Dr Ste 5
South Burlington, VT   05403-6834


Sync/Amazon
PO Box 530958
Atlanta, GA   30353-0958


Syncb/Amazon PLCC
PO Box 965055
Orlando, FL   32896-5055


The Merchants Bank
275 Kennedy Dr Ste 100
South Burlington, VT   05403-6700


The University of Vermont Medical Center
111 Colchester Ave
Burlington, VT   05401-1473

```
Thomas Somers, Esq.
PO Box 959
Montpelier, VT  05601-0959


Town of Colchester
PO Box 55
Colchester, VT  05446-0055


Town of Underhill
PO Box 120
Underhill, VT  05489-0120


TwinState Technologies
291 Rand Hill Rd
Morrisonville, NY  12962-3820


Uku Meri
2696 Elm St
Montpelier, VT  05602-9495


Unifirst
30 Tigan St
Winooski, VT  05404-1326


Union Office
226 Andover St
Wilmington, MA  01887-1022
```

Verizon
PO Box 4003
Acworth, GA   30101-9004


Verizon
PO Box 15062
Albany, NY   12212-5062


Vermont Gas
PO Box 467
Burlington, VT   05402-0467


Vermont Gas Systems
PO Box 22082
Albany, NY   12201-2082


VT SafetyNet Inc.
130 Pheasant Woods Apt 200
Colchester, VT   05446-1895


WB Mason
59 Centre St
Brockton, MA   02301-4014


Zatz & Renfrew Consulting
PO Box 1274
Montpelier, VT   05601-1274